**FILED**

12/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0482



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-20-0482

Attorneys for Appellant and Cross-Appellee

Don C. St. Peter, Esq.
Michael O'Brien, Esq.
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 17255
Missoula, MT 59808
Telephone: (406) 728-8282
Facsimile: (406) 728-8141

| | |
|---|---|
| A.C.I. Construction, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Elevated Property Investments, LLC, | ) |
| Lease Option Solutions, LLC, Western | ) |
| Building Center, Justin Norberg, | ) |
| Norberg Electric, LLC, Montana Dirt | ) |
| Works, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION OF TIME

Upon *Appellant's Unopposed Motion for Extension of Time*, and good

cause shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED. Appellant shall

file its Opening Brief on or before January 22, 2021.

DATED this _____ day of December, 2020.

By: _____
                        Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2020